*MADE JS-6*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QINGJUN SUN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANET NAPOLITANO, *et al.*,<br><br>　　　　Defendant. | No. CV 12-3645-GW(CWx) |

**ORDER**

　　Pursuant to the Joint Stipulation of Dismissal agreed to by the parties in this action and filed on June 22, 2012, IT IS HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE.  Each party shall bear its own fees and costs.

Dated: June 26, 2012　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE